UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-457-RJC

| | |
|---|---|
| **In re:** ) <br> ) <br> **MIDSTATE MILLS, INC.,** ) <br> ) <br> Debtor. ) <br> _____ ) <br> ) <br> **CARL MARKS ADVISORY GROUP and** ) <br> **JEFF KIES,** ) <br> ) <br> **Appellants,** ) <br> ) <br> v. ) <br> ) <br> **AGROWSTAR, LLC, J&D OF** ) <br> **LANCASTER, INC., and** ) <br> **PERFORMANCE AG, LLC,** ) <br> ) <br> **Appellees.** ) <br> _____ ) | **ORDER** |

**THIS MATTER** comes before the Court on Appellants Carl Marks Advisory Group and Jeff Kies's and Appellees Agrowstar, LLC, J&D of Lancaster, Inc., and Performance Ag, LLC's Agreed Motion to Dismiss Appeal. (Doc. No. 3). For good cause shown, and with the consent of all parties, the Court finds that the Motion should be granted.

**IT IS, THEREFORE, ORDERED** that the Agreed Motion to Dismiss Appeal, (Doc. No. 3), is **GRANTED**. This matter is **DISMISSED**, and all applicable costs and fees will be taxed against the party that incurred them. The Clerk of Court is hereby directed to close this case.

Signed: January 5, 2016

Robert J. Conrad, Jr.
United States District Judge