# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Midstate Mills, Inc., | ) | JUDGMENT IN CASE |
| | ) | |
| Debtor | ) | 3:15cv457 |
| _____ | ) | |
| | ) | |
| | ) | |
| | ) | |
| Carl Marks Advisory Group and Jeff Kies, | ) | |
| | ) | |
| Appellants | ) | |
| v. | ) | |
| Agrowstar, LLC, J&D of Lancaster, Inc. and Performance AG, LLC | ) | |
| Appellees | ) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 5, 2016 Order.

Signed: January 5, 2016

Frank G. Johns, Clerk
United States District Court